UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK PILAND; ANDREA PILAND,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWORT SPORTING GOODS COMPANY, D/B/A GAME FACE, D/B/A GAMEFACE.COM, et al.,<br><br>Defendants. | Case No. 16-cv-01782 (WHO)<br><br>**ORDER RE STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>Re: Dkt. No. 39 |

The parties' stipulation to modify the scheduling order is GRANTED, with the following changes and additions:

| | |
|---|---|
| Further Case Management Conf.: | February 20, 2018, 3:00 p.m., telephonic appearance |
| Fact Discovery Cutoff: | May 1, 2018 |
| Expert Disclosure: | May 11, 2018 |
| Expert Rebuttal: | June 2, 2018 |
| Dispositive Motions heard by: | June 13, 2018 |
| Expert Discovery Cutoff: | June 31, 2018 |
| Pretrial Conference: | August 6, 2018 at 8:30 a.m. at Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, CA |
| Trial: | September 4, 2018 at 8:30 a.m. at Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, CA |

**IT IS SO ORDERED.**

Dated: November 8, 2017

William H. Orrick
United States District Judge