| | |
|---|---|
| 1 | WILLIAM M. HAKE, ESQ. (SBN 110956) |
| 2 | E-mail: Bill.Hake@wilsonelser.com |
| | JEREMY C. BERLA, ESQ. (SBN 267331) |
| 3 | E-mail: Jeremy.Berla@wilsonelser.com |
| | **WILSON, ELSER, MOSKOWITZ,** |
| 4 | **EDELMAN & DICKER LLP** |
| | 525 Market Street, 17th Floor |
| 5 | San Francisco, California 94105 |
| | Telephone: (415) 433-0990 |
| 6 | Facsimile: (415) 434-1370 |

Attorneys for Defendant
**LES INDUSTRIES UNICOR, INC.,
D/B/A UNICOR INDUSTRIES, INC.,
D/B/A UNICOR**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK PILAND; ANDREA PILAND | Case No. 2:16-CV-01782-WHO |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO CONTINUE THE CURRENT MEDIATION COMPLETION DATE** |
| v. | |
| MARKWORT SPORTING GOODS COMPANY, D/B/A GAME FACE, D/B/A GAMEFACE.COM; THE GOLF WAREHOUSE INC., D/B/A SOFTBALLSAVINGS.COM; LES INDUSTRIES UNICOR, INC., D/B/A UNICOR INDUSTRIES, INC., D/B/A UNICOR., DOES 1 TO 100, | |
| Defendants. | |

For good cause shown, the Court hereby continues the deadline for completion of private mediation to July 1, 2018.

**IT IS SO ORDERED:**

Date: April 19, 2018

_____
The Hon. William H. Orrick
United States District Judge

1
**STIPULATION OF PARTIES TO CONTINUE THE CURRENT MEDIATION COMPLETION DATE AND [PROPOSED] ORDER**
1990983v.1