UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PILAND, et. al.,

    Plaintiffs,

v.

MARKWORT, et. al.,

    Defendants

Case No. 16-cv-01782- (WHO)

**ORDER VACATING PRE-TRIAL CONFERENCE AND REQUIRING A STATUS REPORT**

Re: Dkt. No. 63

The parties have indicated that the above matter is settled. I hereby VACATE all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. A Status Conference/OSC is set for November 20, 2018 at 3:00 p.m., at which the parties, by and through their attorneys of record shall show cause why this case has not been dismissed. If this case is dismissed by Stipulation of Dismissal prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: September 20, 2018



William H. Orrick
United States District Judge